United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Timothy G. Staller  
    Debtor

Case No. 18-12751-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Aug 12, 2022      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2022:**  
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14613663 | + Email/Text: SERVICINGMAILHUB@flagstar.com | Aug 12 2022 23:39:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 14, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:

**Name**      **Email Address**

ANDREW L. SPIVACK  
     on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com

DANIEL P. JONES  
     on behalf of Creditor Lakeview Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

DANIEL P. JONES  
     on behalf of Creditor Amerihome Mortgage Company LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

JACK K. MILLER  
     on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JEROME B. BLANK  
     on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC paeb@fedphe.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 12, 2022 | Form ID: trc | Total Noticed: 1 |

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MARIO J. HANYON
on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
on behalf of Creditor Lakeview Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ
on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

THOMAS SONG
on behalf of Creditor Amerihome Mortgage Company LLC tomysong0@gmail.com

THOMAS SONG
on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC tomysong0@gmail.com

TOVA WEISS
on behalf of Debtor Timothy G. Staller weiss@lawyersbw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-12751-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Timothy G. Staller
69 Bald Cypress Lane
Levittown PA 19054

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/11/2022.

Name and Address of Alleged Transferor(s):

Claim No. 6: Lakeview Loan Servicing, LLC, c/o Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098

Name and Address of Transferee:

Nationstar Mortgage, LLC
PO Box 619096
Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/14/22

Tim McGrath
**CLERK OF THE COURT**