*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Timothy G. Staller
   Debtor(s)

Case No: 18−12751−pmm

Chapter: 13

___

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/16/23