UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Timothy G. Staller                                Case No: 18−12751−pmm

    Debtor(s)

---

## NOTICE OF CHAPTER 13 CASE CLOSED
## WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

For The Court

Dated: 8/18/23

Timothy B. McGrath
Clerk of Court

62
Form 206