United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Timothy G. Staller  
    Debtor

Case No. 18-12751-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Aug 18, 2023     Form ID: 206     Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy G. Staller, 69 Bald Cypress Lane, Levittown, PA 19054-2801 |
| cr | + | Lakeview Loan Servicing, LLC enote vesting-- Natio, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14161180 | + | AMERIHOME MORTGAGE COMPANY, LLC, CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14560317 | + | AmeriHome Mortgage Company, LLC, c/o Daniel P. Jones, Esq, 1581 Main Street, Ste 200, Warrington, PA 18976-3403 |
| 14559880 | + | AmeriHome Mortgage Company, LLC, c/o Daniel P. Jones, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14096592 | | Bank of America, P.O. Box 15019, Levittown, PA 19054 |
| 14649586 | + | LAKEVIEW LOAN SERVICING, LLC, c/o Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14649820 | + | Lakeview Loan Servicing, LLC, c/o Rebecca Solarz, Esq., 701 Market St., Ste 5000, Philadelphia,PA 19106-1541 |
| 14612349 | + | Lakeview Loan Servicing, LLC, c/o Daniel P. Jones, Esq, 1581 Main Street, Ste 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14708546 | + | Lakeview Loan Servicing, LLC, Nationstar Mortgage LLC, c/o Mario Hanyon, Esq., 8757 Red Oak Blvd, Ste 150, Charlotte, MC 28217-3977 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 18 2023 23:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 18 2023 23:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | Aug 18 2023 23:27:21 | Lakeview Loan Servicing, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14096591 | ^ | MEBN | Aug 18 2023 23:27:09 | AmeriHome Mortgage, P.O. Box 77404, Trenton, NJ 08628-6404 |
| 14127557 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 18 2023 23:28:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14096593 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 18 2023 23:40:01 | Capital One Bank USA, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14114223 | + | Email/Text: bankruptcy@cavps.com | Aug 18 2023 23:28:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14096594 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 18 2023 23:50:22 | Citi Cards, P.O Box 9001037, Louisville, KY 40290-1037 |
| 14096595 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 18 2023 23:50:41 | Home Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 14707960 | + | Email/Text: EBN@brockandscott.com | Aug 18 2023 23:28:00 | Lakeview Loan Servicing ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak |

| Recipient | Notice Method | Date/Time | Address |
|---|---|---|---|
| | | | Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14613663 + | Email/Text: SERVICINGMAILHUB@flagstar.com | Aug 18 2023 23:28:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14707961 + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 18 2023 23:28:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14712894 | Email/Text: nsm_bk_notices@mrcooper.com | Aug 18 2023 23:28:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 14125827 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 18 2023 23:39:51 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14104117 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 18 2023 23:40:01 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14096596 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 19 2023 09:00:00 | Wells Fargo Card Services, P.O. Box 77053, Minneapolis, MN 55480-7753 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2023             Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Lakeview Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Nationstar Mortgage  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DANIEL P. JONES | on behalf of Creditor Amerihome Mortgage Company  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Aug 18, 2023 Form ID: 206 Total Noticed: 26

| | |
|---|---|
| JEROME B. BLANK | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC jblank@pincuslaw.com, mmorris@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Lakeview Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor Lakeview Loan Servicing LLC wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| THOMAS SONG | on behalf of Creditor Amerihome Mortgage Company LLC tomysong0@gmail.com |
| THOMAS SONG | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC tomysong0@gmail.com |
| TOVA WEISS | on behalf of Debtor Timothy G. Staller weiss@lawyersbw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 17

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

___

In Re: Timothy G. Staller                                      Case No: 18−12751−pmm

    Debtor(s)

___

## NOTICE OF CHAPTER 13 CASE CLOSED
## WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

Dated: 8/18/23

For The Court

Timothy B. McGrath
Clerk of Court

62
Form 206